IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDDIQ B.A. ASAD,

    Plaintiff,

vs.                            CASE NO. 3:06cv546/RS

RON McNESBY, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is remanded *sua sponte* for lack of subject matter jurisdiction.

3. The clerk is directed to remand this case to the Circuit Court for Escambia County, Florida.

4. Defendants' Motion to Dismiss (Doc. 3) is denied as moot.

5. The clerk is directed to close the file.

ORDERED on January 17, 2007.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**